[Until this opinion appears in the Ohio Official Reports advance sheets, it may be cited as *Taylor v. Crosby,* Slip Opinion No. 2016-Ohio-5820.]

NOTICE

This slip opinion is subject to formal revision before it is published in an advance sheet of the Ohio Official Reports.  Readers are requested to promptly notify the Reporter of Decisions, Supreme Court of Ohio, 65 South Front Street, Columbus, Ohio 43215, of any typographical or other formal errors in the opinion, in order that corrections may be made before the opinion is published.

SLIP OPINION NO. 2016-OHIO-5820

TAYLOR ET AL., APPELLEES, *v.* CROSBY ET AL., APPELLANTS.

**[Until this opinion appears in the Ohio Official Reports advance sheets, it may be cited as *Taylor v. Crosby,* Slip Opinion No. 2016-Ohio-5820.]**

*Court of appeals' judgment affirmed on the authority of* Corban v. Chesapeake Exploration, L.L.C., *and* Walker v. Shondrick-Nau, *and cause remanded to trial court for determination regarding compliance with 2006 version of Dormant Mineral Act.*

(No. 2014-1886—Submitted August 31, 2016—Decided September 15, 2016.)

APPEAL from the Court of Appeals for Belmont County,

No. 13 BE 32, 2014-Ohio-4433.

_____

{¶ 1} The judgment of the court of appeals is affirmed on the authority of *Corban v. Chesapeake Exploration, L.L.C.*, ___ Ohio St.3d ___, 2016-Ohio-5796, ___ N.E.3d ___, and *Walker v. Shondrick-Nau*, ___ Ohio St.3d ___, 2016-Ohio-5793, ___ N.E.3d ___, and the cause is remanded to the trial court for a

determination regarding compliance with the 2006 version of the Dormant Mineral Act.

O'CONNOR, C.J., and O'DONNELL, LANZINGER, KENNEDY, and FRENCH, JJ., concur.

PFEIFER, and O'NEILL, JJ., dissent.

_____

Frizzi Law Offices and Daniel L. Frizzi Jr., for appellees Benjamin F. Taylor and Donald F. Taylor.

Jividen Law Offices, P.L.L.C., David A. Jividen, and Chad C. Groome, for appellee Mary Lou Hutchins.

Myser & Davies, Richard A. Myser, and Adam L. Myser, for appellants.

_____